IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| SIMOR L. MOSKOWITZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JACOBSON HOLMAN, PLLC, ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:15-cv-336 <br><br> Hon. Liam O'Grady |

## ORDER

Pending before the Court are the parties cross-motions for partial summary judgment. The Court heard argument on January 15, 2016. For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that:

1. Plaintiff's Motion for Partial Summary Judgment (Dkt. No. 86) is **GRANTED IN PART and DENIED IN PART**;

2. Defendant's Motion for Partial Summary Judgment (Dkt. No. 82) is **GRANTED IN PART and DENIED IN PART**;

3. Defendant's Motion to Correct *Nunc Pro Tunc* Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment (Dkt. No. 95) is **GRANTED**;

4. Plaintiff's Motion to Strike the Defendant's Jury Demand on the Issue of the Enforceability of the Forfeiture Provision in the Operating Agreement (Dkt. No. 97) is **DISMISSED AS MOOT**; and

5. Plaintiff's Motion *in Limine* to Preclude Any Testimony by the Defendant's Expert (Dkt. No. 99) is **DISMISSED AS MOOT**.

It is further **ORDERED** that the Clerk remove this case from the undersigned district judge's trial docket. The parties are **DIRECTED** to use the services of the magistrate judge assigned to this case if they are unable to independently reach resolution on the *de minimis* issues that remain. The parties are further **ORDERED** to file a status report, either jointly or separately, with the Court no later than **Friday, February 12.**

**SO ORDERED.**

Alexandria, Virginia
January 28, 2016

/s/
Liam O'Grady
United States District Judge